Judge McMahon

08 CIV 6258

283-08/PJG/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BG 1651)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ATLANT HEAVY LIFT CORPORATION LIMITED
and ATLANTSKA PLOVIDBA D.D.,

                                      Plaintiffs,

- against -

WELLSTREAM INTERNATIONAL LTD.,
WELLSTREAM DO BRASIL INDUSTRIA E
SEVICOS LTDA. and TRINITAS MARITIME
CARRIERS B.V.,

                                      Defendants.
------------------------------------------------------------------x

08 CIV _____ (   )

**RULE 7.1 STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ATLANT HEAVY LIFT CORPORATION LIMITED and ATLANTSKA PLOVIDBA D.D., (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       July 10, 2008

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiffs
                                  ATLANT HEAVY LIFT CORPORATION
                                  LIMITED and ATLANTSKA PLOVIDBA D.D.,

                     By: _____
                              Peter J. Gutowski (PG 2200)
                              Barbara G. Carnevale (BG 1651)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900
                              (212) 425-1901 fax

NYDOCS1/305948.1