Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:   (212) 952-6200
Facsimile:    (212) 952-0345
E-mail:       scarroll@nb-ny.com
Attorneys for Defendants
WELLSTREAM INTERNATIONAL LTD., and
WELLSTREAM DO BRASIL INDUSTRIA E SEVICOS LTDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATLANT HEAVY LIFT CORPORATION
LIMITED and ATLANTSKA PLOVIDBA D.D.,,

     Plaintiff,

   - against -

WELLSTREAM INTERNATIONAL LTD.,
WELLSTREAM DO BRASIL INDUSTRIA E
SEVICOS LTDA. and TRINITAS MARITIME
CARRIERS B.V.,

     Defendants.
-----------------------------------------------------------------X

08 Civ. 6258(CM)

NOTICE OF RESTRICTED APPEARANCE

(ECF)

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

 Please enter my appearance as counsel for WELLSTREAM INTERNATIONAL LTD., WELLSTREAM DO BRASIL INDUSTRIA E SEVICOS LTDA, who appear by restricted appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive EFC Notices in this matter. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
July 24, 2008

         NOURSE & BOWLES, LLP
         Attorneys for Defendants
         WELLSTREAM INTERNATIONAL LTD.,
         WELLSTREAM DO BRASIL INDUSTRIA E
         SEVICOS LTDA

         By: _____
             Shaun F. Carroll (SC-9898)
             One Exchange Plaza
             At 55 Broadway
             New York, New York 10006
             (212) 952-6200
             (212) 952-0345 fax
             scarroll@nb-ny.com

TO:    Peter J. Gutowski, Esq.
        Barbara G. Carnevale, Esq.
        Freehill Hogan & Mahar, LLP
        80 Pine Street
        New York, NY 10005
        (212) 425-1900
        (212) 425-1901 fax