283-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BG 1651)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ATLANT HEAVY LIFT CORPORATION LIMITED
and ATLANTSKA PLOVIDBA D.D.,

        Plaintiffs,

- against –

WELLSTREAM INTERNATIONAL LTD.,
WELLSTREAM DO BRASIL INDUSTRIA E
SEVICOS LTDA. and TRINITAS MARITIME
CARRIERS B.V.,

        Defendants.
------------------------------------------------------------x

08 Civ. 6258 (CM)

**STIPULATION AND ORDER
DIRECTING PARTIAL
WITHDRAWAL OF
ATTACHMENT AND
DISMISSAL AGAINST THE
TWO WELLSTREAM
DEFENDANTS ONLY**

On application of Plaintiffs and Defendants Wellstream International Ltd. and Wellstream Do Brasil Industria E Sevicos Ltda., who have filed a restricted appearance pursuant to Supplemental Rule E(8), the above entitled action against those two defendants *only* is hereby dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and the attachment issued herein under Supplemental Rule B is hereby withdrawn and vacated as against those two defendants *only*. Any garnishee holding assets of the defendants Wellstream International Ltd. or Wellstream Do Brasil Industria E Sevicos Ltda. is hereby directed to release those funds from attachment and transmit them to the original intended beneficiary, with the subject action and the attachment as

against the remaining defendant Trinitas Maritime Carriers B.V. to remain in full force and effect.

Dated: July 28, 2008

_____
U.S.D.J.

Plaintiffs hereby consent to entry of this Stipulation and Order.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Atlant Heavy Lift Corporation
Limited and Atlantska Plovidba D.D.

By: _____
Peter J. Gutowski (PG-2200)
80 Pine Street
New York, New York 10005
(212) 425-1900
gutowski@freehill.com


Defendants Wellstream International Ltd. and Wellstream
Do Brasil Industria E Sevicos Ltda. hereby consent
to entry of this Stipulation and Order.

NOURSE & BOWLES, LLP
Attorneys for Defendants
Wellstream International Ltd. and
Wellstream Do Brasil Industria E Sevicos Ltda.

By: _____
Shaun F. Carroll (SC 9898)
One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
(212) 952-6200
scarroll@nb-ny.com

2